James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, <br><br> Plaintiff, <br> v. <br><br> **DOE-50.174.109.117,** <br><br> Defendant. | Case No.: 3:15-cv-05312-LB <br><br><br> PLAINTIFF'S FRCP 7.1 DISCLOSURE <br><br> CivLR 3-15  NOTICE OF FINANCIAL INTEREST |

Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 3-15, plaintiff states they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: November 25, 2015.

                                                  Respectfully submitted,

                                                  JAMES S. DAVIS ATTORNEY AT LAW

                                                  /s/James S. Davis
                                                  James S. Davis CALBAR NO.207963
                                                  Jamesdee3080@msn.com
                                                  619-934-4600
                                                  Of attorneys for the plaintiff