James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, <br><br>　　　　Plaintiff, <br>v. <br><br>**DOE-50.174.109.117**, <br><br>　　　　Defendant. | Case No.: 3:15-cv-05312-LB <br><br> ORDER ON PLAINTIFF'S EX PARTE MOTION TO EXPEDITE DISCOVERY |

1. Plaintiff may serve a subpoena on Defendant's ISP, Comcast Cable, seeking the name and address of the subscriber assigned to Defendant's IP address.

2. The subpoena must provide a minimum of forty-five (45) days notice before any production and shall be limited to one category of documents identifying the particular subscriber listed on Exhibit 1 to Plaintiff's Complaint. (ECF No. 1-1.) The requested information should be limited to the name and address of the subscriber. Comcast Cable may seek a protective order if it determines there is a legitimate basis for doing so.

ORDER ON PLAINTIFF'S EX PARTE MOTION TO EXPEDITE DISCOVERY　　　1

3. Comcast Cable shall have fourteen (14) calendar days after service of the subpoena to notify the subscriber that his or her identity has been subpoenaed by Plaintiff. The subscriber whose identity has been subpoenaed shall then have thirty (30) calendar days from the date of the notice to seek a protective order or file any other responsive pleading.

4. Plaintiff shall serve a copy of this Order with any subpoena obtained and served pursuant to this Order to Comcast Cable. Comcast Cable, in turn, must provide a copy of this Order along with the required notice to the subscriber whose identity is sought pursuant to this Order.

5. No other discovery is authorized at this time.

**IT IS SO ORDERED.**

DATED:  December ~~04~~ 10, 2015.

_____
United States District Magistrate
Judge Laurel Beeler

Prepared and Submitted By:
James S. Davis Cal Bar No. 207963
E-mail:  Jamesdee3080@msn.com
(619) 934-4600
Of Attorneys for the Plaintiff