James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company, | Case No.: 3:15-CV-05312-LB |
| Plaintiffs, | STIPULATED CONSENT JUDGMENT |
| v. | |
| **DOE-50.174.109.117,** | DOE-50.174.109.117 Aaron Gruis |
| Defendant. | |

## STIPULATED CONSENT JUDGMENT

As attested to by the signatures of the parties below, this matter comes

before the Court on the parties' joint stipulation.

Plaintiff Dallas Buyers Club, LLC has filed a Complaint against the

defendant in the Northern District Court of California for copyright infringement,

17 U.S.C. §§101, et seq, for the unlicensed copying, promotion and distribution of

plaintiff's motion picture titled The Dallas Buyers Club, registered with the United States Copyright Office, Registration No. PA 1-873-195, 2013.

The defendant, initially identified as Doe-50.174.109.117, assigned IP address 50.174.109.117 is affirmatively identified as Aaron Gruis of Pacifica, California, and a proper defendant in this matter.

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

### Identity of the Defendant

The defendant initially identified herein as assigned IP address 50.174.109.117, has been confirmed to be Aaron Gruis, 95 Clarendon RD Apt.1, Pacifica, California 94044.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiff Dallas Buyers Club, LLC has valid and enforceable copyrights in the original copyrighted work, Dallas Buyers Club, LLC, ("motion picture") registered with the United States Copyright Office, Registration No. PA 1-873-195, 2013.

CONSENT JUDGMENT – STIPULATED

3. Aaron Gruis is the proper named defendant in this case and liable under plaintiff's claims.

4. Plaintiff and Aaron Gruis expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders, including this stipulation or any other final judgment or orders arising therefrom.

5. Aaron Gruis has fully reviewed the Complaint and the allegations of the Complaint and specifically admits plaintiff's investigations identifying his IP address were accurate, in particular in accurately identifying his IP address as the IP address used to download and distribute plaintiff's motion picture and other content identified with the Complaint.

6. In recognition of the defendant's cooperation and pursuant to terms of a separate settlement agreement, plaintiff waives claims for damages in this matter.

7. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against Aaron Gruis.


PERMANENT INJUNCTION

Aaron Gruis is hereby PERMANENTLY ENJOINED from directly,

contributorily or indirectly infringing plaintiff's rights in their motion pictures,

including without limitation by using the internet to reproduce or copy any Dallas

Buyers Club, LLC owned or branded motion pictures, to distribute any Dallas

Buyers Club, LLC owned or branded motion pictures, or to make Dallas Buyers

Club, LLC owned or branded motion pictures available for distribution to the

public, except pursuant to a lawful written license from Dallas Buyers Club, LLC;

and

//

//

//

//

//

Aaron Gruis is hereby directed to immediately delete all unlicensed content

in which Dallas Buyers Club, LLC has any rights or interest, together with to stop

all unlawful use of BitTorrent clients on any computer(s) he owns or controls

together with all other software used to unlawfully obtain media through the
Internet by BitTorrent peer-to-peer transfer or exchange.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, this day: ___April 4, 2016___

_____

United States Magistrate Judge

So Stipulated and Respectfully Submitted:

On Behalf of Defendant:

Aaron Gruis
95 Clarendon RD Apt. 1
Pacifica, California, 94044

David M. Helbraun, CalBar#129840
Helbraun Law Firm
353 Sacramento Street, Suite 1140
San Francisco, CA  94111.

On Behalf of Plaintiff:

James S. Davis, CalBar#207963
email: james@jamesdeelaw.com
James S. Davis Attorney At Law
730 Broadway, Suite 102
Chula Vista, CA 91910
Phone: 619-934-4600
Of counsel for plaintiff